# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-4879

———————————————

Cedric Butler,

Petitioner,

v.

State of Florida,

Respondent.

———————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

———————————————

August 21, 2018

Per Curiam.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

Roberts, Wetherell, and Osterhaus, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Cedric Butler, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Barbara Debelius, Assistant Attorney General, Tallahassee, for Respondent.